DE LORENZO v. VON RAITZ et al. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Licurgo de Lorenzo against Feodor von Raitz and others. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 736.

DENNISON v. LAWRENCE. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by James A. Dennison against James B. Lawrence.

PER CURIAM. Motion granted, so far as to amend order by inserting the words, "upon the law and the facts," on payment of $10 costs of motion and all expenses of reprinting, as well of points as of papers on appeal, and, in case the appellant withdraws his appeal, upon payment of all costs and disbursements of the appeal which had accrued before this motion. See 58 N. Y. Supp. 142; 60 N. Y. Supp. 748.

DE WEAVER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by August De Weaver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

DEXTER v. DEXTER. (Supreme Court, Appellate Division, Fourth Department. September, 1899.) Action by Martha J. Dexter against David E. Dexter. No opinion. Motion denied, without costs.

DIETCH, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Hattie Dietch against Clara Ford. No opinion. Reargument ordered on the next day for the hearing of municipal appeals (January 19, 1900). See 61 N. Y. Supp. 1135.

In re DIRECTORS OF JOURNAL PUB. CO. (Supreme Court, Appellate Division, First Department. January 12, 1900.) In the matter of the election of the directors of the Journal Publishing Company. J. S. Smith, for appellant. H. C. Smyth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DISBROW v. DISBROW et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Sarah M. Disbrow against Griffin B. Disbrow and others. No opinion. Motion denied. See 52 N. Y. Supp. 471; 61 N. Y. Supp. 614.

DOLLINGER, Respondent, v. HERMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Urania Dollinger against Henry Herman.

PER CURIAM. Order appealed from reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event, with leave to the plaintiff to take the testimony of such witnesses. including the plaintiff, residing in Erie county, as she may desire, by and before a referee to be agreed upon by counsel or appointed by the court at special term, such evidence to be read upon the trial of the action. This latter provision is made upon consent of counsel in open court. See Osterhout v. Rabe, 39 App. Div. 413, 57 N. Y. Supp. 336.

DORTHY, Appellant, v. HERALD PUB. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by John F. Dorthy against the Herald Publishing Company.

PER CURIAM. Order appealed from modified, by striking therefrom the provision requiring plaintiff, as a condition of denying the motion to dismiss the complaint, to defray the expense of taking the testimony of such of the defendant's witnesses as have removed from the county or state since the commencement of the action, and to give security therefor, and, as thus modified, affirmed, without costs of this appeal to either party. Order to be settled on two days' notice before Mr. Justice McLENNAN.

DOWNEY, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by George H. Downey against William E. Anderson. No opinion. Motion to dismiss appeal granted, with costs of the appeal, but without costs of this motion.

DOWNEY, Respondent, v. ANDERSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by George H. Downey against William E. Anderson and James A. Bell, junior attachment creditor. No opinion. Order affirmed, with $10 costs and disbursements.

DRISCOLL et al., Respondents, v. NELLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1900.) Action by Patrick Driscoll and others against James D. Nelligan. No opinion. Motion to amend granted. See 61 N. Y. Supp. 692.

DUNHAM, Respondent, v. THIRD AVE. R. Co., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Edward A. Dunham against the Third Avenue Railroad Company. H. M. Ward, for appellant. C. E. Terry, for respondent. No opinion. Judgment and order affirmed, with costs.

EATON, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Edwin A. Eaton against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend order nunc pro tunc granted, without costs. See 43 N. Y. Supp. 666.

EBLING, Respondent, v. SARACENA, Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Summary proceedings by William H. Ebling against Michael Saracena.